UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDUL GHAFOOR,

    Plaintiff,

v.

EMIRATES AIRLINE,

    Defendant.

Case No. 15-cv-00022-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Fact discovery cut-off | September 25, 2015 |
| Expert disclosures | October 23, 2015 |
| Expert rebuttal | November 20, 2015 |
| Expert discovery cut-off | December 11, 2015 |
| Deadline to file dispositive motions | December 3, 2015 |
| Pretrial conference statement due | February 23, 2016 |
| Pretrial conference | March 4, 2016 at 2:00 p.m. |
| Trial | March 21, 2016 at 8:30 a.m. |
| Estimate of trial length (in days) | 1-2 days |

1    Counsel may not modify these dates without leave of court.  The parties shall comply with
2    the Court's standing orders, which are available at cand.uscourts.gov/jstorders.
3    The parties must take all necessary steps to conduct discovery, compel discovery, hire
4    counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
5    manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their
6    calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.
7    Trial dates set by this Court should be regarded as firm.  Requests for continuance are
8    disfavored.  The Court will not consider any event subsequently scheduled by a party, party-
9    controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
10   a continuance.  The Court will not consider the pendency of settlement discussions as good cause
11   to grant a continuance.
12   IT IS SO ORDERED.
13   Dated:  April 9, 2015

_____
JON S. TIGAR
United States District Judge