1  PHILIP A. SEGAL 137633
   TIFFANY DAY, ESQ. 273005
2  **KERN, NODA, DEVINE & SEGAL**
   1388 Sutter Street, Suite 600
3  San Francisco, CA 94109
   Tel: (415) 474-1900
4  Fax: (415) 474-0302

5  Attorneys for Plaintiff
   ABDUL GHAFOOR
6

7  KEVIN R. SUTHERLAND, ESQ. 163746
   KEVIN O. MOON, ESQ. 246792
8  **CLYDE & CO US LLP**
   101 Second Street, 24th Floor
9  San Francisco, CA 94105
   Tel: (415) 365-9800
10 Fax: (415) 365-9801

11 Attorneys for Defendant
   EMIRATES
12

13          IN THE UNITED STATES DISTRICT COURT

14         FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 | ABDUL GHAFOOR,              | NO.: 3:15-cv-00022-JST |
16 |   Plaintiff,                | JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON MOTION FOR JUDGMENT ON THE PLEADINGS |
17 | vs.                         |                         |
18 | EMIRATES AIRLINE,           |                         |
19 |   Defendant.                | Date: September 3, 2015
                                   Time: 2:00 p.m.
20                                 Courtroom 9, 19th Floor
                                   Hon. Jon S. Tigar |
21

Pursuant to Local Rule 7-12, Plaintiff Abdul Ghafoor ("Plaintiff") and Defendant Emirates ("Defendant," and collectively with Ghafoor, the "Parties"), stipulate as recited below:

WHEREAS, on July 20, 2015, Defendant filed a motion for judgment on the pleadings (Dkt. No. 23);

WHEREAS, pursuant to Local Rule 7-3, Plaintiff's opposition must be filed and served not more than 14 days after the motion was filed, and as such Plaintiff's opposition is due August 3, 2015;

WHEREAS, pursuant to Local Rule 7-3, Defendant's reply to any opposition must be filed and served not more than 7 days after the opposition was due, and as such Defendant's reply is due August 10, 2015;

WHEREAS, on July 30, 2015, Plaintiff's counsel contacted Defendant's counsel regarding settlement negotiations and to make a settlement demand on behalf of Plaintiff;

WHEREAS, on July 31, 2015, Defendant's counsel informed Plaintiff's counsel that, due to the time difference, representatives for Defendant, who are located in Dubai, likely will be unable to respond to Plaintiff's settlement demand until at least August 3, 2015;

WHEREAS, the Parties agree that good cause exists for the Court to extend the date of Defendant's opposition and Plaintiff's reply by one week each to allow for ongoing settlement discussions and possible resolution of the case, such that Defendant's opposition would be due on August 10, 2015 and Plaintiff's reply would be due on August 17, 2015;

WHEREAS, this is the first request to modify the briefing schedule for the motion for judgment on the pleadings;

WHEREAS, the Parties do not anticipate that granting this stipulation will have any effect on any other deadlines in this case;

THE PARTIES HEREBY STIPULATE and jointly request, subject to Court approval, as follows (and as reflected in the table below):

(1) Plaintiff's opposition to Defendant's motion for judgment on the pleadings shall be due August 10, 2015;

(2) Defendant's reply to Plaintiff's opposition shall be due on August 17, 2015;

(3) The hearing on the motion for judgment on the pleadings currently scheduled for September 3, 2015 shall remain unchanged.

| Event | Date |
|---|---|
| Deadline for Plaintiff to file opposition to Defendant's motion for judgment on the pleadings | August 10, 2015 |
| Deadline for Defendant to file reply to Plaintiff's opposition | August 17, 2015 |
| Hearing on motion on judgment on the pleadings | September 3, 2015 |

DATED: July 31, 2015          KERN, NODA, DEVINE & SEGAL

                                                By: */s/ Tiffany Day*
                                                       TIFFANY DAY
                                                       Attorney for Plaintiff,
                                                       ABDUL GHAFOOR

DATED: July 31, 2015          CLYDE & CO US LLP

                                                By: */s/ Kevin Moon*
                                                       KEVIN MOON
                                                       Attorney for Defendant,
                                                       EMIRATES

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Jon S. Tigar
United States District Judge

Dated:  July 31, 2015

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON MOTION FOR JUDGMENT ON THE PLEADINGS**

- 3 -