UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDUL GHAFOOR,

    Plaintiff,

v.

EMIRATES AIRLINE,

    Defendant.

Case No. 15-cv-00022-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 28

    The parties have filed a stipulation of dismissal dated August 13, 2015, stating that they have agreed to a settlement of this action. ECF No. 28. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    This case has been dismissed with prejudice. The motion for judgment on the pleadings, ECF No. 23, is terminated as moot. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: August 17, 2015

                                     JON S. TIGAR
                                     United States District Judge

United States District Court
Northern District of California